NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEONARD P. MACHULAS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3081

---

Petition for review of the Merit Systems Protection Board in case no. PH3443110342-I-1.

---

**ON MOTION**

---

**ORDER**

The Department of the Air Force moves to recaption to name the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the Board dismissed Mr. Machulas's appeal for lack of

jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

APR 0 2 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Leonard P. Machulas
     Ryan M. Majerus, Esq.
     Calvin Morrow, Esq. (Petitioner's Informal Brief Enclosed)

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 2 2012

JAN HORBALY
CLERK